IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEVIN GOODAN,<br><br>      Plaintiff,<br><br>vs.<br><br>LOOKOUT ASSOCIATES, LLC and<br>JOHN DOES I-XXX,<br><br>      Defendants. | CV 25-211-M-KLD<br><br>ORDER |

On March 3, 2026, Plaintiff Kevin Goodan, who is proceeding pro se in this matter, filed a motion for dismissal. (Doc. 13). Plaintiff requests that the Court close the case, explaining it "is not my wish to continue." (Doc. 13 at 1-2).

On March 13, 2026, Defendant Lookout Associates, LLC filed notice with the Court, indicating that Defendant does not oppose Plaintiff's motion for dismissal (Doc. 14). Defendant requests that the Court dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2), without prejudice. (Doc. 14 at 1-2). Accordingly, and good cause appearing,

IT IS ORDERED that this matter is dismissed without prejudice, with each party to bear its own fees and costs.

1

The Clerk of Court is directed to close the case file.

DATED this 17th day of March 2026.

Kathleen L. DeSoto
United States Magistrate Judge

2